UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

NO. 4:11-CR-67-F

UNITED STATES OF AMERICA, :
:
v. : ORDER TO REASSIGN
:
JAMES ARNOLD KING :

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Judge TERRENCE W. BOYLE.

SO ORDERED.

This the  2nd  day of  August , 2011

_____
James C. Fox
Senior United States District Court Judge