IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:11-CR-67-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES ARNOLD KING | ) | |

Upon motion of the defendant and for good cause shown, the Court hereby ORDERS that the arraignment and trial of defendant shall be continued until the April 30, 2012, term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the 13 day of January, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE